September 13, 1968

Commonwealth *v.* Lane, Appellant.

740

Argued June 14, 1968. *Walter LaMar, Jr.,* with him *Nix, Watson & Randolph,* for appellant; *John P. Mason,* Special Assistant District Attorney, with him *Benjamin H. Levintow* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: It having been made known to the Court by suggestion filed of record that the appellant, Earl Lane, died July 19, 1968, the appeals are abated.